IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GLORIA STEZZI** : | |
| : | CIVIL ACTION |
| : | No. 10-4333 |
| **v.** : | |
| : | |
| : | |
| **CITIZENS BANK OF PENNSYLVANIA** : | |
| : | |

## ORDER

AND NOW, this 4th day of October, 2012, upon consideration of defendant's motion for judgment on the pleadings and plaintiff's response thereto, it is ORDERED that defendant's motion is DENIED.

It is FURTHER ORDERED that on or before October 18, 2012, the parties shall agree to a discovery schedule and submit same to the Court for approval. Should the parties desire a settlement conference with Magistrate Judge Restrepo, they should notify my Courtroom Deputy, Mr. Ervin at (267) 299-7559.

    *Thomas N. O'Neill /s/*
    THOMAS N. O'NEILL, JR., J.