IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GLORIA J. STEZZI | : | CIVIL ACTION |
| | : | NO. 10-4333 |
| v. | : | |
| | : | |
| CITIZENS BANK OF PENNSYLVANIA | : | |

## ORDER

AND NOW, this 27th day of March, 2013, upon consideration of defendant Citizens Bank's motion to dismiss and for costs for plaintiffs' failure to comply with court orders and other rules (Dkt. No. 78), it is ORDERED that defendant's motion is GRANTED as follows:

1) JUDGMENT IS ENTERED in favor of defendant Citizens Bank and against plaintiff Gloria J. Stezzi in the amount of $3,120.52;

2) Plaintiff Gloria J. Stezzi's motions for summary judgment (Dkt. Nos. 59, 75 and 84), motion to strike (Dkt. No. 60) and motion for relief (Dkt. No. 83) are DENIED as moot; and

3) Plaintiff's complaint is DISMISSED.

The Clerk of Court is directed to mark this matter CLOSED.

                                                               /s/ Thomas O'Neill
                                                THOMAS N. O'NEILL, JR., J.